| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/15/2021 |
| UNITED STATES OF AMERICA,<br><br>  -against-<br><br>LAVAUGHN CAMPBELL,<br><br>                                Defendant. | No. 20 CR 367 (01) (NSR)<br><br>ORDER |

NELSON S. ROMÁN, United States District Judge:

A review of the docket reveals that Defendant Lavaughn Campbell is charged with (1) conspiring to commit robbery in violation of 18 U.S.C. § 1951, (2) attempting to commit robbery in violation of 18 U.S.C. §§ 1951 and 2, (3) brandishing a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii) and (2), (4) possession of a controlled substance with intent to distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D), (5) possession of a firearm in furtherance of a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A)(I), and (6) knowingly possessing a firearm as an illegal and unlawful alien in violation of 18 U.S.C. § 922(g)(5)(A); Defendant has been detained since May 5, 2020; Defendant has two pending state cases as well as removal proceedings; and Defendant wishes to enter a guilty plea pursuant to a negotiated plea agreement.

In light of the ongoing Coronavirus Disease 2019 ("COVID-19") pandemic, Defendant's desire to resolve this matter without a trial as quickly as possible despite judicial system delays due to the COVID-19 pandemic, and in order to comply with social distancing protocols and the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Lavaugn Campbell can and should be permitted to change his plea by video teleconference or by telephone

conference before a Magistrate Judge of this Court pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the plea hearing for Defendant Lavaughn Campbell be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned.

The Clerk of Court is directed to terminate the motion at ECF No. 40.


Dated:   January 15, 2021              SO ORDERED:
         White Plains, New York

                                       _____
                                       NELSON S. ROMÁN
                                       United States District Judge