Court Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,         **CONSENT TO PROCEED TELEPHONE CONFERENCE**

-against-

       S1 20 Cr.367(NSR)

Lavaughn Campbell,

       Defendant.

Defendant **Lavaughn Campbell**, hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ **Arraignment of Indictment**

☒ X Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒

Lavaughn Cambell by *Susanne Brody*        _/s/_____
                                              Defendant's Counsel's Signature

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

       Susanne Brody
**Lavaughn Campbell**        Print Counsel's Name
Print Defendant's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Feb 1,2021
Date        Hon. Judith C. McCarthy
       U.S. Magistrate Judge
       Southern District of New York