UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                              Plaintiff,                          **MEMORANDUM**

     -against-                                      20 Cr. 367 (NSR)

LAVAUGHN CAMPBELL,

                              Defendant.
-------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the February 1, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: April 26, 2021
       White Plains, New York

                                                    Respectfully Submitted,

                                                     _____
                                                     JUDITH C. McCARTHY
                                                     United States Magistrate Judge