USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

UNITED STATES OF AMERICA,        :

           - v. -             :

LAVAUGHN CAMPBELL,        :

           Defendant.        :
                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSENT PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT**

S1 20 Cr. 367 (NSR) -01

WHEREAS, on or about November 9, 2020, LAVAUGHN CAMPBELL (the "Defendant"), among others, was charged in a six-count Superseding Indictment S1 20 Cr. 367 (NSR) (the "Indictment") with, among other things, attempted Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951 (Count Two) and possession of a controlled substance with intent to distribute in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) (Count Four);

WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Four, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses charged in Counts Two and Four of the Indictment;

WHEREAS, on or about February 1, 2021, the Defendant pled guilty to Counts Two, Four, and Six of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Two and Four of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853, and Title 28, United States Code,

Section 2461(c), a sum of money equal to $5,535 in United States currency, representing proceeds traceable to the commission of the offenses (charged in Counts Two and Four of the Indictment);

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,535 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts Two and Four of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two and Four of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Derek Wikstrom, of counsel, and the Defendant, and his counsel, Susanne Brody, Esq., that:

1.      As a result of the offenses charged in Counts Two and Four of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $5,535 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offenses charged in Counts Two and Four of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, LAVAUGHN CAMPBELL, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York


By:    _____          5/7/21
       Derek Wikstrom                      DATE
       Assistant United States Attorney
       300 Quarropas Street
       White Plains, NY 10601
       (914) 993-1962


By:    Lavaughn Campbell by _Susanne Brody_     May 7, 2021
       LAVAUGHN CAMPBELL                         DATE


By:    _Susanne Brody_                     May 7,2021
       SUSANNE BRODY, ESQ.                 DATE
       Attorney for Defendant
       81 Main Street, Suite 300
       White Plains, NY 10601


SO ORDERED:

_____          May 7, 2021
HONORABLE NELSON S. ROMÁN                   DATE
UNITED STATES DISTRICT JUDGE