USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAVAUGHN CAMPBELL,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-8908 (NSR)

20-CR-367-1 (NSR)

**ORDER TO ANSWER**, 28 U.S.C. § 2255

---

NELSON S. ROMÁN, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. The Clerk of the Court is further respectfully directed to mail a copy of the Order to *pro se* Movant at the address listed in the civil case (23-cv-8908) and show proof of service on the docket.

    Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have 30 days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   October 17, 2023
           White Plains, New York

                                                          NELSON S. ROMÁN
                                                          United States District Judge